Page: 1
Case 13-16462-LMI    Doc 120    Filed 04/28/16    Page 1 of 11

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 13-16462 | LMI | Judge: | Laurel M. Isocoff | Trustee Name: | Ross Hartog |
|---|---|---|---|---|---|---|
| Case Name: | INC, EDWARD GROUP | | | | Date Filed (f) or Converted (c): | 03/22/2013 (f) |
| | | | | | 341(a) Meeting Date: | 04/26/2013 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | 07/25/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank United Checking Acct #2677 | 0.00 | 0.00 | | 0.00 | FA |
| 2. Florida Bank Checking Acct #2468 | 0.00 | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable | 3,700.00 | 3,700.00 | | 0.00 | 3,700.00 |
| 4. Office Equipment | 9,450.00 | 9,450.00 | | 0.00 | 9,450.00 |
| 5. Lawsuit: Edward Nieto (Principal) (u) Adv. Case #15-1216 | 0.00 | 553,565.74 | | 0.00 | 502,852.07 |
| 6. Lawsuit: Y&Y Wood Design (u) Adv. Case #15-1215 Status: *Trustee's counsel to submited renewed Verified Motion for DFJ | 0.00 | 36,270.00 | | 0.00 | 136,089.53 |
| 7. Potential Lawsuit: Braman BMW (u) Notice of Abandonment (ECF 29) | 0.00 | Unknown | OA | 0.00 | FA |
| 8. Lawsuit: BMW Financial Services (Settled) (u) Adv. Case No.: 15-1189 | 0.00 | 29,220.77 | | 24,198.76 | FA |
| 9. Lawsuit: Allstate Ins. Co (Settled) (u) Adv. Case #15-1182 | 0.00 | 10,056.41 | | 14,000.00 | FA |
| 10. Potential Lawsuit: Citi Amex (u) Combined into one lawsuit - refer to Asset #19 | 0.00 | 19,227.00 | | 0.00 | 0.00 |
| 11. Potential Lawsuit: Berdorg Goodman (u) Notice of Abandonment (ECF 29) | 0.00 | Unknown | OA | 0.00 | FA |
| 12. Potential Lawsuit: Citi Cards (u) Combined into one lawsuit - refer to Asset #19 | Unknown | Unknown | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 13-16462 | LMI | Judge: | Laurel M. Isocoff | Trustee Name: | Ross Hartog |
|---|---|---|---|---|---|---|
| Case Name: | INC, EDWARD GROUP | | | | Date Filed (f) or Converted (c): | 03/22/2013 (f) |
| | | | | | 341(a) Meeting Date: | 04/26/2013 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | 07/25/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Lawsuit: Bank United, NA (Settled) (u)<br>Adv. Case #15-1187 | Unknown | 81,729.72 | | 40,000.00 | FA |
| 14. Lawsuit: Neiman Marcus (Settled) (u)<br>Adv. Case #15-1207 | Unknown | 12,185.00 | | 0.00 | 5,750.00 |
| 15. Lawsuit: American Express (Settled) (u)<br>Adv. Case #15-1180. Joint Settlement with Nationwide, refer to Asset #38 | Unknown | 689,714.08 | | 350,000.00 | FA |
| 16. Lawsuit: Nana Wall (u)<br>Adv. Case #15-1205 | Unknown | 15,808.00 | | 0.00 | 15,808.00 |
| 17. Lawsuit: Multimedia Innovations [Settled] (u)<br>Adv. Case #15-1204 | Unknown | 70,361.03 | | 0.00 | 500.00 |
| 18. Lawsuit: AMGWAGENCY (Settled) (u)<br>Adv. Case #15-1183 | Unknown | 17,750.00 | | 1,000.00 | FA |
| 19. Lawsuit: Citibank (Settled) (u)<br>Adv. Case #15-1190. Joint Settlement with Bloomingdales (Refer to Asset #26) | Unknown | 126,550.59 | | 55,000.00 | FA |
| 20. Lawsuit: 4141 Design Group. (u)<br>Adv. Case #15-1181<br>Status:<br>*Deposition of principal scheduled for 5/4/16<br>* Trial scheduled for 9/7/16 | 0.00 | 135,689.62 | | 0.00 | 135,689.62 |
| 21. Lawsuit: Anima Domus, Inc. (Dismissed) (u)<br>Adv. Case #15-1184 *Voluntarily Dismissed*<br>Notice of Abandonment [ECF 74] | 0.00 | 13,000.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-16462 | LMI | Judge: | Laurel M. Isocoff | Trustee Name: | Ross Hartog |
|---|---|---|---|---|---|---|
| Case Name: | INC, EDWARD GROUP | | | | Date Filed (f) or Converted (c): | 03/22/2013 (f) |
| | | | | | 341(a) Meeting Date: | 04/26/2013 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | 07/25/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. Lawsuit: Atlantic Marine Svc Inc. (Settled) (u)  Adv. Case #15-1185 | 0.00 | 10,154.61 | | 1,000.00 | FA |
| 23. Lawsuit: Bank of America, NA (Settled) (u)  Adv. Case #15-1186 | 0.00 | 22,224.18 | | 0.00 | 11,100.00 |
| 24. Lawsuit: Clima Outdoor (Settled) (u)  Adv. Case #15-1191 | 0.00 | 17,750.00 | | 1,200.00 | FA |
| 25. Lawsuit: Custom Glassworks (Settled) (u)  Adv. Case #15-1192 | 0.00 | 142,245.12 | | 1,500.00 | FA |
| 26. Lawsuit: Bloomingdale's Inc. (Settled) (u)  Adv. Case #15-1188.  Joint Settlement with Citibank (Refer to Asset #19) | 0.00 | 10,962.21 | | 5,000.00 | FA |
| 27. Lawsuit: HSBC Card Services (u)  Adv. Case #15-1219 (Settled) | 0.00 | 10,331.00 | | 0.00 | 5,750.00 |
| 28. Lawsuit: Dacra Design 4141 LLC (Dismissed) (u)  Adv. Case #15-1193  *Voluntarily Dismissed*  Notice of Abandonment [ECF 74] | 0.00 | 36,599.49 | OA | 0.00 | FA |
| 29. Lawsuit: Farrey's Wholesale (u)  Adv. Case #15-1194 | 0.00 | 0.00 | | 0.00 | FA |
| 30. Lawsuit: FDC USA Corp. (Settled) (u)  Adv. Case #15-1195 | 0.00 | 79,696.29 | | 1,200.00 | FA |
| 31. Lawsuit: High Tech Designs (u)  Adv. Case #15-  Status: Trustee's counsel to file Renewed Verified Motion for DFJ | 0.00 | 16,928.50 | | 0.00 | 16,928.50 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-16462 | LMI | Judge: | Laurel M. Isocoff | Trustee Name: | Ross Hartog |
|---|---|---|---|---|---|---|
| Case Name: | INC, EDWARD GROUP | | | | Date Filed (f) or Converted (c): | 03/22/2013 (f) |
| | | | | | 341(a) Meeting Date: | 04/26/2013 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | 07/25/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 32. Lawsuit: Island Construction Group (u)  Adv. Case #15-1197 Status: *Deposition of principal scheduled for 5/4/16 * Trial scheduled for 9/7/16 | 0.00 | 446,488.48 | | 0.00 | 446,488.48 |
| 33. Lawsuit: Ford Motor Credit (Settled) (u)  Adv. Case #15-1198 | 0.00 | 22,821.87 | | 17,116.00 | FA |
| 34. Lawsuit: Lee Holdings Company (u)  Adv. Case #15-1199 | 0.00 | 74,451.10 | | 0.00 | 74,451.10 |
| 35. Lawsuit: Maverick Motorcars (Settled) (u)  Adv. Case #15-1200. Part of settlement, included the Certificate of Title on a 2011 Porsche. | 0.00 | 70,750.00 | | 306.00 | FA |
| 36. Lawsuit: MDM Insurance Group (Settled) (u)  Adv. Case #15-1202 *Settlement includes waiver of claims in Bankruptcy Estate | 0.00 | 23,945.24 | | 461.54 | FA |
| 37. Lawsuit: Mercedes Benz (Settled) // LP Evans (Pending) (u)  Adv. Case #15-1203 Status: *Settled with Mercedes Benz ($2,000) * Trial against defendant LP Evans Motors WPB, Inc. set for 10/2016 | 0.00 | 5,270.20 | | 2,000.00 | 3,270.00 |
| 38. Lawsuit: Nationwide Credit (Settled) (u)  Adv. Case #15-1206. Joint Settlement with American Express, refer to Asset #15 | 0.00 | 31,892.26 | | 20,000.00 | FA |
| 39. Lawsuit: Nest Casa (u)  Adv. Case #15-1208 Status: *Trustee's counsel to submit Renewed Verified Motion for DFJ | 0.00 | 23,200.89 | | 0.00 | 23,200.89 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-16462 | LMI | Judge: | Laurel M. Isocoff | Trustee Name: | Ross Hartog |
|---|---|---|---|---|---|---|
| Case Name: | INC, EDWARD GROUP | | | | Date Filed (f) or Converted (c): | 03/22/2013 (f) |
| | | | | | 341(a) Meeting Date: | 04/26/2013 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | 07/25/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40. Lawsuit: Parallele II (Settled) (u)  Adv. Case #15-1209 | 0.00 | 41,875.00 | | 0.00 | 2,000.00 |
| 41. Lawsuit: Perfect Design, Inc. (u)  Adv. Case #15-1210  Status:  *Trustee's counsel to submit a renewed Verifed Motion for DFJ | 0.00 | 62,856.50 | | 0.00 | 62,856.50 |
| 42. Lawsuit: Saks Fifth Avenue (Settled) (u)  Adv. Case #15-1211 | 0.00 | 21,089.07 | | 0.00 | 5,750.00 |
| 43. Lawsuit: SunTrust Bank (Settled) (u)  Adv. Case #15-1212 | 0.00 | 9,601.88 | | 9,711.54 | FA |
| 44. Lawsuit: Threadcount (Settled) (u)  Adv. Case #15-1213 | 0.00 | 20,307.80 | | 1,200.00 | FA |
| 45. Lawsuit: Trans Global Travel & Tours (Dismissed) (u)  Adv. Case #15-1214  *Voluntarily Dismissed*  Notice of Abandonment [ECF 74] | 0.00 | 22,387.80 | OA | 0.00 | FA |
| 46. Lawsuit: Bergdorf Goodman, HSBC & Capital One (Settled) (u)  Adv. Case No.: 15-1217 | 0.00 | 15,181.11 | | 7,750.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)           $13,150.00           $3,063,288.56                     $552,643.84           $1,461,634.69
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status: Trustee retained counsel (J. Miller).  Trustee's counsel filed various avoidance actions in the Estate.

Trustee's counsel has settled with the following litigants, wherein a settlement motion has been filed on 11/9/15 [ECF 99]: (1) Allstate Insurance Company; (2) American Express; (3) Citibank; (4) Bloomingdales; (5) BMW Financial Services; (6) Mercedes Benz; (7) Clima Outdoor; (8) Custom Glassworks; (9) FDC USA Corp; (10) Ford Motor Credit; (11) Threadcount; (12) MDW Insurance Group; (13) Bank of America; (14) AMGWAGENCY; (15) Maverick Motor Cars; (16) BankUnited; (17) Atlantic Marine Services; (18) Nationwide Credit; and (19) Parllele II Furniture. These settlements have been approved [ECF 116].

Trustee's counsel has additionally settled with the following litigants, wherein a settlement motion has been filed on 3/23/16 [ECF 119]: (1) Bergdorf Goodman; (2) Neiman Marcus; (3) HSBC; and (4) Saks Fifth Avenue, for the total sum of $25,000, payable as follows: $17,250 from HSBC and $7,750 from Capital One; and (5) Mercedes Benz Financial Svcs.

CBD: 7/25/13

Tax Returns: Submitted to the IRS on 7/28/15

Initial Projected Date of Final Report (TFR): 12/31/2017     Current Projected Date of Final Report (TFR): 12/31/2017

Trustee Signature:     /s/ Ross Hartog     Date: 04/27/2016

Ross Hartog
9130 S. Dadeland Boulevard
Suite 1800
Miami, FL 33156
(305) 670-5000
trustee@mrthlaw.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-16462  
Case Name: INC, EDWARD GROUP  
Taxpayer ID No: XX-XXX4716  
For Period Ending: 03/31/2016

Trustee Name: Ross Hartog  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX7622  
Edward Nieto Checking  
Blanket Bond (per case limit): $129,177,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/29/15 | | Transfer from Acct # xxxxxx4748 | Transfer of Funds | 9999-000 | $18,586.62 | | $18,586.62 |
| 08/18/15 | 24 | Clima Contracts Inc | Settlement with Clima Contracts Inc | 1241-000 | $1,200.00 | | $19,786.62 |
| 08/18/15 | 44 | Threadcount | Settlement with Threadcount | 1241-000 | $1,200.00 | | $20,986.62 |
| 08/18/15 | 30 | FDC Miami Design District | Settlement with FDC Miami Design District | 1241-000 | $1,200.00 | | $22,186.62 |
| 08/18/15 | | Citi | Settlement with Citibank & Bloomingdales | | $60,000.00 | | $82,186.62 |
| | | | Gross Receipts  $60,000.00 | | | | |
| | 19 | | Lawsuit: Citibank (Settled)  $55,000.00 | 1241-000 | | | |
| | 26 | | Lawsuit: Bloomingdale's Inc. (Settled)  $5,000.00 | 1241-000 | | | |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $82,171.62 |
| 09/03/15 | 8 | BMW Financial Services | Settlement with BMW Financial Services | 1241-000 | $24,198.76 | | $106,370.38 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.26 | $106,303.12 |
| 09/30/15 | 15 | American Express Travel Related Services | Settlement Payment Payment 1 of 2 - American Express Adversary | 1241-000 | $333,740.00 | | $440,043.12 |
| 09/30/15 | | American Express Travel Related Services | Settlement Payment Payment 2 of 2 - American Express Adversary | | $36,260.00 | | $476,303.12 |
| | | | Gross Receipts  $36,260.00 | | | | |
| | 15 | | Lawsuit: American Express (Settled)  $16,260.00 | 1241-000 | | | |
| | 38 | | Lawsuit: Nationwide Credit (Settled)  $20,000.00 | 1241-000 | | | |

Page Subtotals: $476,385.38  $82.26

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-16462　　　　　　　　　　　　　　　　　　　　　　　Trustee Name: Ross Hartog
Case Name: INC, EDWARD GROUP　　　　　　　　　　　　　　　　Bank Name: Union Bank
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX7622
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Edward Nieto Checking
Taxpayer ID No: XX-XXX4716　　　　　　　　　　　　　　　　Blanket Bond (per case limit): $129,177,000.00
For Period Ending: 03/31/2016　　　　　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/30/15 | 9 | Allstate Insurance Company<br>2775 Sanders Road<br>Northbrook, IL 60062 | Settlement Payment Allstate Insurance Adversary Settlement | 1241-000 | $14,000.00 | | $490,303.12 |
| 09/30/15 | 22 | Atlantic Marine Services, Inc.<br>2100 NW 129th Avenue, Suite 110<br>Miami, FL 33182 | Settlement Payment Atlantic Marine Adversary Settlement | 1241-000 | $1,000.00 | | $491,303.12 |
| 10/21/15 | 37 | Union Bank | Settlement with BMW | 1241-000 | $2,000.00 | | $493,303.12 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $149.50 | $493,153.62 |
| 11/09/15 | 35 | Ansa Motorcars LLC | Settlement with Maverick Motors | 1241-000 | $306.00 | | $493,459.62 |
| 11/10/15 | 18 | AMGWPRWORKS, LLC | Settlement with AMGW Agency | 1241-000 | $1,000.00 | | $494,459.62 |
| 11/16/15 | 43 | Bank of America | Settlement with Bank of America/SunTrust | 1241-000 | $9,711.54 | | $504,171.16 |
| 11/23/15 | 36 | MDW Insurance Group | Settlement with MDW Insurance Group | 1241-000 | $461.54 | | $504,632.70 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $714.47 | $503,918.23 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $716.99 | $503,201.24 |
| 01/05/16 | 5001 | KapilaMukamal, LLC<br>1000 S. Federal Highway, Suite 200<br>Ft. Lauderdale, FL 33316 | Trustee's Accountants's Fees, per Order dated 1/5/16 [ECF 106] | 3410-000 | | $23,794.08 | $479,407.16 |
| 01/05/16 | 5002 | KapilaMukamal, LLP<br>1000 S. Federal Highway, Suite 200<br>Ft. Lauderdale, FL 33316 | Trustee's Accountants's Expenses, per Order dated 1/5/16 [ECF 106] | 3420-000 | | $151.29 | $479,255.87 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $748.84 | $478,507.03 |
| 02/04/16 | 13 | Bank United | Settlement Payment ( Order to Approve Settlement Pending) | 1241-000 | $40,000.00 | | $518,507.03 |

Page Subtotals:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$68,479.08　　$26,275.17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-16462  
Case Name: INC, EDWARD GROUP  
Taxpayer ID No: XX-XXX4716  
For Period Ending: 03/31/2016  

Trustee Name: Ross Hartog  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX7622  
Edward Nieto Checking  
Blanket Bond (per case limit): $129,177,000.00  
Separate Bond (if applicable):  

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/25/16 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $723.86 | $517,783.17 |
| 03/02/16 | 46 | Capital One Services, LLC | Settlement Payment | 1241-000 | $7,750.00 |  | $525,533.17 |
| 03/25/16 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $711.14 | $524,822.03 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $552,614.46 | $27,792.43 |
| Less: Bank Transfers/CD's | $18,586.62 | $0.00 |
| Subtotal | $534,027.84 | $27,792.43 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $534,027.84 | $27,792.43 |

Page Subtotals: $7,750.00   $1,435.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-16462  
Case Name: INC, EDWARD GROUP  
Taxpayer ID No: XX-XXX4716  
For Period Ending: 03/31/2016  

Trustee Name: Ross Hartog  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX4748  
Edward Nieto Estate Checking  
Blanket Bond (per case limit): $129,177,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/21/15 | 25 | Genovese Joblove & Battista, P.A. | Payment re Settlement with Custom Glassworks, Inc | 1241-000 | $1,500.00 | | $1,500.00 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,490.00 |
| 06/08/15 | 33 | Ford Motor Credit Company, LLC | Settlement with Ford Motor Credit Company, LLC | 1241-000 | $17,116.00 | | $18,606.00 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.38 | $18,586.62 |
| 07/29/15 | | Transfer to Acct # xxxxxx7622 | Transfer of Funds | 9999-000 | | $18,586.62 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $18,616.00 | $18,616.00 |
| Less: Bank Transfers/CD's | $0.00 | $18,586.62 |
| Subtotal | $18,616.00 | $29.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,616.00 | $29.38 |

Page Subtotals:  $18,616.00   $18,616.00

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4748 - Edward Nieto Estate Checking | $18,616.00 | $29.38 | $0.00 |
| XXXXXX7622 - Edward Nieto Checking | $534,027.84 | $27,792.43 | $524,822.03 |
| | $552,643.84 | $27,821.81 | $524,822.03 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $552,643.84 |
| Total Gross Receipts: | $552,643.84 |

Trustee Signature:   /s/ Ross Hartog     Date: 04/27/2016

Ross Hartog
9130 S. Dadeland Boulevard
Suite 1800
Miami, FL 33156
(305) 670-5000
trustee@mrthlaw.com

Page Subtotals:   $0.00   $0.00