## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 1:13-BK-16462-LMI |
| | § | |
| EDWARD GROUP, INC | § | |
| | § | |
| | § | |
| Debtor | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/22/2013. The undersigned trustee was appointed on 03/22/2013.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                              $624,303.84

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $24,319.37 |
    | Bank service fees | $19,193.73 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $7,750.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |

    Leaving a balance on hand of[1]                              $573,040.74

    The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6.  The deadline for filing non-governmental claims in this case was 07/25/2013 and the deadline for filing government claims was 09/18/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $34,077.69.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $34,077.69, for a total compensation of $34,077.69[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $1,008.37, for total expenses of $1,008.37.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/30/2017                               By:   /s/ Ross R. Hartog _____
                                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No.: | 13-16462-LMI | | Trustee Name: | Ross R. Hartog |
|---|---|---|---|---|
| Case Name: | EDWARD DAVID NIETO DESIGN GROUP, INC | | Date Filed (f) or Converted (c): | 03/22/2013 (f) |
| For the Period Ending: | 11/30/2017 | | §341(a) Meeting Date: | 04/26/2013 |
| | | | Claims Bar Date: | 07/25/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Bank United Checking Acct #2677 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Great Florida Bank Checking Acct #2468 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Accounts Receivable | $3,700.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Notice of Abandonment [ECF 133] | | | | | |
| 4 | Office Equipment | $9,450.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Notice of Abandonment [ECF 133] | | | | | |
| 5 | Lawsuit: Edward Nieto (Principal) **(u)** | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Adv. Case #15-1216<br>Notice of Abandonment [ECF 141] | | | | | |
| 6 | Lawsuit: Y&Y Wood Design [Dismissed] **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Adv. Case #15-1215 // Dismissed | | | | | |
| 7 | Potential Lawsuit: Braman BMW **(u)** | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Notice of Abandonment [ECF 29] | | | | | |
| 8 | Lawsuit: BMW Financial Services (Settled) **(u)** | $0.00 | $24,198.76 | | $24,198.76 | FA |
| **Asset Notes:** | Adv. Case No.: 15-1189<br>Settled, per Order dated 3/16/16 [ECF 116] | | | | | |
| 9 | Lawsuit: Allstate Ins. Co (Settled) **(u)** | $0.00 | $14,000.00 | | $14,000.00 | FA |
| **Asset Notes:** | Adv. Case #15-1182<br>Settled, per Order dated 3/16/16 [ECF 116] | | | | | |
| 10 | Potential Lawsuit: Citi Amex **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Combined into one lawsuit - refer to Asset #19 | | | | | |
| 11 | Potential Lawsuit: Berdorg Goodman **(u)** | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Notice of Abandonment [ECF 29] | | | | | |
| 12 | Potential Lawsuit: Citi Cards **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Combined into one lawsuit - refer to Asset #19 | | | | | |
| 13 | Lawsuit: Bank United, NA (Settled) **(u)** | $0.00 | $40,000.00 | | $40,000.00 | FA |
| **Asset Notes:** | Adv. Case #15-1187<br>Settled, per Order dated 3/16/16 [ECF 116] | | | | | |
| 14 | Lawsuit: Neiman Marcus (Settled) **(u)** | $0.00 | $5,750.00 | | $5,750.00 | FA |
| **Asset Notes:** | Adv. Case #15-1207<br>Settled, per Order dated 5/11/16 [ECF 122] | | | | | |
| 15 | Lawsuit: American Express (Settled) **(u)** | $0.00 | $350,000.00 | | $350,000.00 | FA |
| **Asset Notes:** | Adv. Case #15-1180.<br>Joint Settlement with Nationwide (refer to Asset #38), per Order dated 3/16/16 [ECF 116] | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2

Exhibit A

| Case No.: | 13-16462-LMI | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | EDWARD DAVID NIETO DESIGN GROUP, INC | Date Filed (f) or Converted (c): | 03/22/2013 (f) |
| For the Period Ending: | 11/30/2017 | §341(a) Meeting Date: | 04/26/2013 |
| | | Claims Bar Date: | 07/25/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 16 | Lawsuit: Nana Wall **(u)** [Dismissed] | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Adv. Case #15-1205 // Dismissed | | | | | |
| 17 | Lawsuit: Multimedia **(u)** Innovations [Settled] | $0.00 | $500.00 | | $500.00 | FA |
| **Asset Notes:** | Adv. Case #15-1204 Settled, per Order dated 11/8/16 [ECF 137] | | | | | |
| 18 | Lawsuit: AMGWAGENCY **(u)** (Settled) | $0.00 | $1,000.00 | | $1,000.00 | FA |
| **Asset Notes:** | Adv. Case #15-1183 Settled, per Order dated 3/16/16 [ECF 116] | | | | | |
| 19 | Lawsuit: Citibank (Settled) **(u)** | $0.00 | $55,000.00 | | $55,000.00 | FA |
| **Asset Notes:** | Adv. Case #15-1190. Settled, per Order dated 3/16/16 [ECF 116] | | | | | |
| 20 | Lawsuit: 4141 Design Group. **(u)** [Settled] | $0.00 | $1,500.00 | | $1,500.00 | FA |
| **Asset Notes:** | Adv. Case #15-1181 Settled, per Order dated 11/8/16 [ECF 137] | | | | | |
| 21 | Lawsuit: Anima Domus, Inc. **(u)** (Dismissed) | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Adv. Case #15-1184 *Voluntarily Dismissed* Notice of Abandonment [ECF 74] | | | | | |
| 22 | Lawsuit: Atlantic Marine Svc **(u)** Inc. (Settled) | $0.00 | $1,000.00 | | $1,000.00 | FA |
| **Asset Notes:** | Adv. Case #15-1185 Settled, per Order dated 3/16/16 [ECF 116] | | | | | |
| 23 | Lawsuit: Bank of America, NA **(u)** (Settled) | $0.00 | $11,100.00 | | $11,100.00 | FA |
| **Asset Notes:** | Adv. Case #15-1186 Settled, per Order dated 3/16/16 [ECF 116] | | | | | |
| 24 | Lawsuit: Clima Outdoor **(u)** (Settled) | $0.00 | $1,200.00 | | $1,200.00 | FA |
| **Asset Notes:** | Adv. Case #15-1191 Settled, per Order dated 3/16/16 [ECF 116] | | | | | |
| 25 | Lawsuit: Custom Glassworks **(u)** (Settled) | $0.00 | $1,500.00 | | $1,500.00 | FA |
| **Asset Notes:** | Adv. Case #15-1192 Settled, per Order dated 3/16/16 [ECF 116] | | | | | |
| 26 | Lawsuit: Bloomingdale's Inc. **(u)** aka DSNB (Settled) | $0.00 | $5,000.00 | | $5,000.00 | FA |
| **Asset Notes:** | Adv. Case #15-1188. Settled, per Order dated 3/16/16 [ECF 116] | | | | | |
| 27 | Lawsuit: HSBC Card Services **(u)** [Settled] | $0.00 | $5,750.00 | | $5,750.00 | FA |
| **Asset Notes:** | Adv. Case #15-1219 (Settled) Settled, per Order dated 5/11/16 [ECF 122] | | | | | |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

Exhibit A

| Case No.: | 13-16462-LMI | | Trustee Name: | Ross R. Hartog |
| Case Name: | EDWARD DAVID NIETO DESIGN GROUP, INC | | Date Filed (f) or Converted (c): | 03/22/2013 (f) |
| For the Period Ending: | 11/30/2017 | | §341(a) Meeting Date: | 04/26/2013 |
| | | | Claims Bar Date: | 07/25/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 28 | Lawsuit: Dacra Design 4141 LLC (Dismissed) **(u)** | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Adv. Case #15-1193  *Voluntarily Dismissed*  Notice of Abandonment [ECF 74] | | | | | |
| 29 | Lawsuit: Farrey's Wholesale // Dismissed **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Adv. Case #15-1194 // Dismissed | | | | | |
| 30 | Lawsuit: FDC USA Corp. (Settled) **(u)** | $0.00 | $1,200.00 | | $1,200.00 | FA |
| **Asset Notes:** | Adv. Case #15-1195  Settled, per Order dated 3/16/16 [ECF 116] | | | | | |
| 31 | Lawsuit: High Tech Designs [Dismissed] **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Adv. Case #15-1196 // Dismissed | | | | | |
| 32 | Lawsuit: Island Construction Group [Settled] **(u)** | $0.00 | $1,560.00 | | $1,560.00 | FA |
| **Asset Notes:** | Adv Case No.: 15-1197-LMI  Settled, per Order dated 11/8/16 [ECF 137] | | | | | |
| 33 | Lawsuit: Ford Motor Credit (Settled) **(u)** | $0.00 | $17,116.00 | | $17,116.00 | FA |
| **Asset Notes:** | Adv. Case #15-1198  Settled, per Order dated 3/16/16 [ECF 116] | | | | | |
| 34 | Lawsuit: Lee Holdings Company [Dismissed] **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Adv. Case #15-1199 // Dismissed | | | | | |
| 35 | Lawsuit: Maverick Motorcars (Settled) **(u)** | $0.00 | $306.00 | | $306.00 | FA |
| **Asset Notes:** | Adv. Case #15-1200  Settled, per Order dated 3/16/16 [ECF 116]  Part of settlement, included the Certificate of Title on a 2011 Porsche, which was abandoned by the Trustee (refer to Asset #47) | | | | | |
| 36 | Lawsuit: MDM Insurance Group (Settled) **(u)** | $0.00 | $461.54 | | $461.54 | FA |
| **Asset Notes:** | Adv. Case #15-1202  Settled, per Order dated 3/16/16 [ECF 116] | | | | | |
| 37 | Lawsuit: Mercedes Benz  // LP Evans [Settled] **(u)** | $0.00 | $32,000.00 | | $32,000.00 | FA |
| **Asset Notes:** | Adv. Case #15-1203  Settled with Mercedes Benz ($2,000), per Order dated 5/11/16 [ECF 122]; and  Settled with LP Evans ($30,000), per Order dated 11/8/16 [ECF 137] | | | | | |
| 38 | Lawsuit: Nationwide Credit (Settled) **(u)** | $0.00 | $20,000.00 | | $20,000.00 | FA |
| **Asset Notes:** | Adv. Case #15-1206.  Joint Settlement with American Express (Refer to Asset #15), per Order dated 3/16/16 [ECF 116] | | | | | |
| 39 | Lawsuit: Nest Casa [Dismissed] **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Adv. Case #15-1208 // Dismissed | | | | | |
| 40 | Lawsuit: Parallele II (Settled) **(u)** | $0.00 | $2,000.00 | | $2,000.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No.: | 13-16462-LMI | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | EDWARD DAVID NIETO DESIGN GROUP, INC | Date Filed (f) or Converted (c): | 03/22/2013 (f) |
| For the Period Ending: | 11/30/2017 | §341(a) Meeting Date: | 04/26/2013 |
| | | Claims Bar Date: | 07/25/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Asset Notes:** | Adv. Case #15-1209 | | | | | |
| | Settled, per Order dated 3/16/16 [ECF 116] | | | | | |
| **Ref. #** | | | | | | |
| 41 | Lawsuit: Perfect Design, Inc. **(u)** [Dismissed] | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Adv. Case #15-1210 // Dismissed | | | | | |
| 42 | Lawsuit: Saks Fifth Avenue **(u)** (Settled) | $0.00 | $5,750.00 | | $5,750.00 | FA |
| **Asset Notes:** | Adv. Case #15-1211 | | | | | |
| | Settled, per Order dated 5/11/16 [ECF 122] | | | | | |
| 43 | Lawsuit: SunTrust Bank **(u)** (Garnished in Adv - See Notes Below) | $0.00 | $9,711.54 | | $9,711.54 | FA |
| **Asset Notes:** | Adv. Case #15-1212: Final Judgment [ECF 6/9/15] entered on 6/9/15, in the amount $9,711.54. Writ of Garnished against BOA [ECF 28] filed on 7/30/15, was granted and a Final Judgment in Garnishment [ECF 36] was entered on 10/27/15. | | | | | |
| 44 | Lawsuit: Threadcount (Settled) | $0.00 | $1,200.00 | | $1,200.00 | FA |
| **Asset Notes:** | Adv. Case #15-1213 | | | | | |
| | Settled, per Order dated 3/16/16 [ECF 116] | | | | | |
| 45 | Lawsuit: Trans Global Travel & **(u)** Tours (Dismissed) | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Adv. Case #15-1214 *Voluntarily Dismissed* | | | | | |
| | Notice of Abandonment [ECF 74] | | | | | |
| 46 | Lawsuit: Bergdorf Goodman, **(u)** HSBC & Capital One (Settled) | $0.00 | $7,750.00 | | $15,500.00 | FA |
| **Asset Notes:** | Adv. Case No.: 15-1217 | | | | | |
| | Settled, per Order dated 5/11/16 [ECF 122] | | | | | |
| 47 | 2011 Porsche **(u)** | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Obtained as part of settlement with Maverick Motorcars (refer to Asset #35) | | | | | |
| | Notice of Abandonment [ECF 139] | | | | | |
| 48 | Books and Records Seized from **(u)** the Debtor (40 bankers boxes) | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Motion to Destroy & Abandon [ECF 142] | | | | | |
| | Order Granting Motion to Destroy & Abandon [ECF 146] | | | | | |

**TOTALS (Excluding unknown value)**                                                   <u>Gross Value of Remaining Assets</u>

                                            **$13,150.00**      **$616,553.84**                    **$624,303.84**      **$0.00**

**Major Activities affecting case closing:**

    10/24/2017      TFR submitted to UST on 10/24/17

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2017 | /s/ ROSS R. HARTOG |
| **Current Projected Date Of Final Report (TFR):** | 10/24/2017 | ROSS R. HARTOG |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-16462-LMI | | Trustee Name: | Ross R. Hartog |
|---|---|---|---|---|
| Case Name: | EDWARD DAVID NIETO DESIGN GROUP, INC | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4716 | | Checking Acct #: | ******0534 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/22/2013 | | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 11/30/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2016 | | Union Bank | Transfer Funds | 9999-000 | $590,722.86 | | $590,722.86 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $705.31 | $590,017.55 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $949.50 | $589,068.05 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $950.57 | $588,117.48 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $857.20 | $587,260.28 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $947.66 | $586,312.62 |
| 03/31/2017 | 5001 | Capital One Services, LLC | Refund of Settlement Over Payment, per Order dated 3/31/17 [ECF 144] | 8500-002 | | $7,750.00 | $578,562.62 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $915.61 | $577,647.01 |
| 05/19/2017 | 5002 | Shred-it USA | Destruction of Debtor's Property/Books/Records, per Order dated 4/19/17 [ECF 146] | 2420-000 | | $374.00 | $577,273.01 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $944.53 | $576,328.48 |
| 06/20/2017 | 5001 | STOP PAYMENT: Capital One Services, LLC | Refund of Settlement Over Payment, per Order dated 3/31/17 [ECF 144] | 8500-004 | | ($7,750.00) | $584,078.48 |
| 06/20/2017 | 5003 | Capital One Services, LLC | Reimbursement for Settlement Over-Payment in Connection with Adversary Case #s 15-1211; 15-1207; and 15-1217, per Order dated 3/31/17, 2017 [ECF 144] | 8500-002 | | $7,750.00 | $576,328.48 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $912.12 | $575,416.36 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $941.05 | $574,475.31 |
| 08/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $574,475.31 | $0.00 |

| | | | | **SUBTOTALS** | $590,722.86 | $590,722.86 | |

Page No: 2          Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 13-16462-LMI | Trustee Name: | Ross R. Hartog |
| Case Name: | EDWARD DAVID NIETO DESIGN GROUP, INC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4716 | Checking Acct #: | ******0534 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 3/22/2013 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 11/30/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $590,722.86 | $590,722.86 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $590,722.86 | $574,475.31 | |
| | | | **Subtotal** | | $0.00 | $16,247.55 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $16,247.55 | |

| **For the period of 3/22/2013 to 11/30/2017** | | **For the entire history of the account between 11/08/2016 to 11/30/2017** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $590,722.86 | Total Internal/Transfer Receipts: | $590,722.86 |
| | | | |
| Total Compensable Disbursements: | $747.55 | Total Compensable Disbursements: | $747.55 |
| Total Non-Compensable Disbursements: | $15,500.00 | Total Non-Compensable Disbursements: | $15,500.00 |
| Total Comp/Non Comp Disbursements: | $16,247.55 | Total Comp/Non Comp Disbursements: | $16,247.55 |
| Total Internal/Transfer Disbursements: | $574,475.31 | Total Internal/Transfer Disbursements: | $574,475.31 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 13-16462-LMI | |
| **Case Name:** | EDWARD DAVID NIETO DESIGN GROUP, INC | |
| **Primary Taxpayer ID #:** | **-***4716 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/22/2013 | |
| **For Period Ending:** | 11/30/2017 | |

| | |
|---|---|
| **Trustee Name:** | Ross R. Hartog |
| **Bank Name:** | Union Bank |
| **Checking Acct #:** | ******7622 |
| **Account Title:** | Edward Nieto Checking |
| **Blanket bond (per case limit):** | $84,082,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 07/29/2015 | | Transfer from Acct # xxxxxx4748 | Transfer of Funds | 9999-000 | $18,586.62 | | $18,586.62 |
| 08/18/2015 | | Citi | Settlement with Citibank & Bloomingdales, per Order dated 3/16/16 [ECF 116] | * | $60,000.00 | | $78,586.62 |
| | {19} | | Lawsuit: Citibank (Settled)  $55,000.00 | 1241-000 | | | $78,586.62 |
| | {26} | | Lawsuit: Bloomingdale's Inc. (Settled)  $5,000.00 | 1241-000 | | | $78,586.62 |
| 08/18/2015 | (24) | Clima Contracts Inc | Settlement with Clima Contracts Inc, per Order dated 3/16/16 [ECF 116] | 1241-000 | $1,200.00 | | $79,786.62 |
| 08/18/2015 | (30) | FDC Miami Design District | Settlement with FDC Miami Design District, per Order dated 3/16/16 [ECF 116] | 1241-000 | $1,200.00 | | $80,986.62 |
| 08/18/2015 | (44) | Threadcount | Settlement with Threadcount, , per Order dated 3/16/16 [ECF 116] | 1241-000 | $1,200.00 | | $82,186.62 |
| 08/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $82,171.62 |
| 09/03/2015 | (8) | BMW Financial Services | Settlement with Allstate/BMW Financial Services, , per Order dated 3/16/16 [ECF 116] | 1241-000 | $24,198.76 | | $106,370.38 |
| 09/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.26 | $106,303.12 |
| 09/30/2015 | | American Express Travel Related Ser | Settlement with American Express/Nationwide Credit, per Order dated 3/16/16 [ECF 116] | * | $36,260.00 | | $142,563.12 |
| | {15} | | Lawsuit: American Express (Settled)  $16,260.00 | 1241-000 | | | $142,563.12 |
| | {38} | | Lawsuit: Nationwide Credit (Settled)  $20,000.00 | 1241-000 | | | $142,563.12 |
| 09/30/2015 | (9) | Allstate Insurance Company | Settlement with Allstate Insurance, per Order dated 3/16/16 [ECF 116] | 1241-000 | $14,000.00 | | $156,563.12 |
| 09/30/2015 | (15) | American Express Travel Related Ser | Settlement with American Express, per Order dated 3/16/16 [ECF 116] | 1241-000 | $333,740.00 | | $490,303.12 |
| 09/30/2015 | (22) | Atlantic Marine Services, Inc. | Settlement with Atlantic Marine, per Order dated 3/16/16 [ECF 116] | 1241-000 | $1,000.00 | | $491,303.12 |
| 10/21/2015 | (37) | Union Bank | Settlement with Mercedes Benz, , per Order dated 5/11/16 [ECF 122] | 1241-000 | $2,000.00 | | $493,303.12 |
| | | | **SUBTOTALS** | | $493,385.38 | $82.26 | |

Page No: 4    Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 13-16462-LMI |
| Case Name: | EDWARD DAVID NIETO DESIGN GROUP, INC |
| Primary Taxpayer ID #: | **-***4716 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 3/22/2013 |
| For Period Ending: | 11/30/2017 |

| | |
|---|---|
| Trustee Name: | Ross R. Hartog |
| Bank Name: | Union Bank |
| Checking Acct #: | ******7622 |
| Account Title: | Edward Nieto Checking |
| Blanket bond (per case limit): | $84,082,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/26/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $149.50 | $493,153.62 |
| 11/09/2015 | (35) | Ansa Motorcars LLC | Settlement with Maverick Motors, per Order dated 3/16/16 [ECF 116] | 1241-000 | $306.00 | | $493,459.62 |
| 11/10/2015 | (18) | AMGWPRWORKS, LLC | Settlement with AMGW Agency, per Order dated 3/16/16 [ECF 116] | 1241-000 | $1,000.00 | | $494,459.62 |
| 11/16/2015 | (43) | Bank of America | Garnished funds, per Final Judgment in Garnishment [ECF 36] was entered on 10/27/15 | 1241-000 | $9,711.54 | | $504,171.16 |
| 11/23/2015 | (36) | MDW Insurance Group | Settlement with MDW Insurance Group, per Order dated 3/16/16 [ECF 116] | 1241-000 | $461.54 | | $504,632.70 |
| 11/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $714.47 | $503,918.23 |
| 12/28/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $716.99 | $503,201.24 |
| 01/05/2016 | 5001 | KapilaMukamal, LLC | Trustee's Accountants's Fees, per Order dated 1/5/16 [ECF 106] | 3410-000 | | $23,794.08 | $479,407.16 |
| 01/05/2016 | 5002 | KapilaMukamal, LLP | Trustee's Accountants's Expenses, per Order dated 1/5/16 [ECF 106] | 3420-000 | | $151.29 | $479,255.87 |
| 01/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $748.84 | $478,507.03 |
| 02/04/2016 | (13) | Bank United | Settlement Payment, per Order dated 3/16/16 [ECF 116] | 1241-000 | $40,000.00 | | $518,507.03 |
| 02/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $723.86 | $517,783.17 |
| 03/02/2016 | (46) | Capital One Services, LLC | Settlement Payment, per Order dated 5/11/16 [ECF 122] | 1241-000 | $7,750.00 | | $525,533.17 |
| 03/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $711.14 | $524,822.03 |
| 04/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $777.99 | $524,044.04 |
| 05/03/2016 | (23) | Bank of America | Settlement Payment, per Order dated 3/16/16 [ECF 116] | 1241-000 | $11,000.00 | | $535,044.04 |
| 05/06/2016 | (40) | Peckar & Abramson P.C. | Settlement Payment, per Order dated 3/16/16 [ECF 116] | 1241-000 | $2,000.00 | | $537,044.04 |
| | | | **SUBTOTALS** | | $72,229.08 | $28,488.16 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-16462-LMI | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | EDWARD DAVID NIETO DESIGN GROUP, INC | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***4716 | Checking Acct #: | ******7622 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Edward Nieto Checking |
| For Period Beginning: | 3/22/2013 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 11/30/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/12/2016 | (17) | MMII, INC DBA | Settlement Payment, per Order dated 11/8/16 [ECF 137] | 1241-000 | $500.00 | | $537,544.04 |
| 05/24/2016 | (32) | Island Construction Group Inc. | Settlement Payment, per Order dated 11/8/16 [ECF 137] | 1241-000 | $1,560.00 | | $539,104.04 |
| 05/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $752.59 | $538,351.45 |
| 06/07/2016 | (37) | AutoNation | Settlement Payment, per Order dated 11/8/16 [ECF 137] | 1241-000 | $30,000.00 | | $568,351.45 |
| 06/08/2016 | | HSBC | Settlement Payment, per Order dated 5/11/16 [ECF 122] | * | $17,250.00 | | $585,601.45 |
| | {14} | | Lawsuit: Neiman Marcus (Settled)                $5,750.00 | 1241-000 | | | $585,601.45 |
| | {42} | | Lawsuit: Saks Fifth Avenue (Settled)            $5,750.00 | 1241-000 | | | $585,601.45 |
| | {27} | | Lawsuit: HSBC Card Services [Settled]           $5,750.00 | 1241-000 | | | $585,601.45 |
| 06/14/2016 | (23) | Bank of America | Settlement Payment, per Order dated 3/16/16 [ECF 116] | 1241-000 | $100.00 | | $585,701.45 |
| 06/17/2016 | (46) | Capital One Services, LLC | Settlement Over-Payment RE #15-1217.  Trustee will seek Court approval to reimburse same. | 1290-002 | $7,750.00 | | $593,451.45 |
| 06/27/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $794.34 | $592,657.11 |
| 07/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $827.36 | $591,829.75 |
| 08/01/2016 | (20) | 4141 Design Group, LLC | Settlement Payment, per Order dated 11/8/16 [ECF 137] | 1241-000 | $1,500.00 | | $593,329.75 |
| 08/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $878.18 | $592,451.57 |
| 09/26/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $879.09 | $591,572.48 |
| 10/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $849.62 | $590,722.86 |
| 11/08/2016 | | Integrity Bank | Transfer Funds | 9999-000 | | $590,722.86 | $0.00 |
| | | | **SUBTOTALS** | | $58,660.00 | $595,704.04 | |

Page No: 6                Exhibit B

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-16462-LMI | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | EDWARD DAVID NIETO DESIGN GROUP, INC | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***4716 | Checking Acct #: | ******7622 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Edward Nieto Checking |
| For Period Beginning: | 3/22/2013 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 11/30/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $624,274.46 | $624,274.46 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $18,586.62 | $590,722.86 | |
| | | | **Subtotal** | | $605,687.84 | $33,551.60 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $605,687.84 | $33,551.60 | |

| For the period of 3/22/2013 to 11/30/2017 | | For the entire history of the account between 01/01/1900 to 11/30/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $597,937.84 | Total Compensable Receipts: | $597,937.84 |
| Total Non-Compensable Receipts: | $7,750.00 | Total Non-Compensable Receipts: | $7,750.00 |
| Total Comp/Non Comp Receipts: | $605,687.84 | Total Comp/Non Comp Receipts: | $605,687.84 |
| Total Internal/Transfer Receipts: | $18,586.62 | Total Internal/Transfer Receipts: | $18,586.62 |
| | | | |
| Total Compensable Disbursements: | $33,551.60 | Total Compensable Disbursements: | $33,551.60 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $33,551.60 | Total Comp/Non Comp Disbursements: | $33,551.60 |
| Total Internal/Transfer Disbursements: | $590,722.86 | Total Internal/Transfer Disbursements: | $590,722.86 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | |
|---|---|---|---|---|---|
| Case No. | 13-16462-LMI | | Trustee Name: | | Ross R. Hartog |
| Case Name: | EDWARD DAVID NIETO DESIGN GROUP, INC | | Bank Name: | | Green Bank |
| Primary Taxpayer ID #: | **-***4716 | | Checking Acct #: | | ******6201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | | DDA |
| For Period Beginning: | 3/22/2013 | | Blanket bond (per case limit): | | $84,082,000.00 |
| For Period Ending: | 11/30/2017 | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/15/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $574,475.31 | | $574,475.31 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $508.37 | $573,966.94 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $926.20 | $573,040.74 |

|  | | | | |
|---|---|---|---|---|
| TOTALS: | $574,475.31 | $1,434.57 | $573,040.74 |
| Less: Bank transfers/CDs | $574,475.31 | $0.00 | |
| Subtotal | $0.00 | $1,434.57 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $1,434.57 | |

| For the period of 3/22/2013 to 11/30/2017 | | For the entire history of the account between 08/15/2017 to 11/30/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $574,475.31 | Total Internal/Transfer Receipts: | $574,475.31 |
| | | | |
| Total Compensable Disbursements: | $1,434.57 | Total Compensable Disbursements: | $1,434.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,434.57 | Total Comp/Non Comp Disbursements: | $1,434.57 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 13-16462-LMI | |
| Case Name: | EDWARD DAVID NIETO DESIGN GROUP, INC | |
| Primary Taxpayer ID #: | **-***4716 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 3/22/2013 | |
| For Period Ending: | 11/30/2017 | |

| | |
|---|---|
| Trustee Name: | Ross R. Hartog |
| Bank Name: | The Bank of New York Mellon |
| Checking Acct #: | ******4748 |
| Account Title: | Edward Nieto Estate Checking |
| Blanket bond (per case limit): | $84,082,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/21/2015 | (25) | Genovese Joblove & Battista, P.A. | Settlement Payment, per Order dated 3/16/16 [ECF 116] | 1241-000 | $1,500.00 | | $1,500.00 |
| 06/05/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,490.00 |
| 06/08/2015 | (33) | Ford Motor Credit Company, LLC | Settlement Payment, per Order dated 3/16/16 [ECF 116] | 1241-000 | $17,116.00 | | $18,606.00 |
| 07/07/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.38 | $18,586.62 |
| 07/29/2015 | | Transfer to Acct # xxxxxx7622 | Transfer of Funds | 9999-000 | | $18,586.62 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $18,616.00 | $18,616.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $18,586.62 | |
| **Subtotal** | $18,616.00 | $29.38 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $18,616.00 | $29.38 | |

| **For the period of 3/22/2013 to 11/30/2017** | | **For the entire history of the account between 01/01/1900 to 11/30/2017** | |
|---|---|---|---|
| Total Compensable Receipts: | $18,616.00 | Total Compensable Receipts: | $18,616.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,616.00 | Total Comp/Non Comp Receipts: | $18,616.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $29.38 | Total Compensable Disbursements: | $29.38 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $29.38 | Total Comp/Non Comp Disbursements: | $29.38 |
| Total Internal/Transfer Disbursements: | $18,586.62 | Total Internal/Transfer Disbursements: | $18,586.62 |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 13-16462-LMI | **Trustee Name:** | Ross R. Hartog |
| **Case Name:** | EDWARD DAVID NIETO DESIGN GROUP, INC | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | **-***4716 | **Checking Acct #:** | ******4748 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Edward Nieto Estate Checking |
| **For Period Beginning:** | 3/22/2013 | **Blanket bond (per case limit):** | $84,082,000.00 |
| **For Period Ending:** | 11/30/2017 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $624,303.84 | $51,263.10 | $573,040.74 |

| **For the period of 3/22/2013 to 11/30/2017** | | **For the entire history of the case between 03/22/2013 to 11/30/2017** | |
|---|---|---|---|
| Total Compensable Receipts: | $616,553.84 | Total Compensable Receipts: | $616,553.84 |
| Total Non-Compensable Receipts: | $7,750.00 | Total Non-Compensable Receipts: | $7,750.00 |
| Total Comp/Non Comp Receipts: | $624,303.84 | Total Comp/Non Comp Receipts: | $624,303.84 |
| Total Internal/Transfer Receipts: | $1,183,784.79 | Total Internal/Transfer Receipts: | $1,183,784.79 |
| | | | |
| Total Compensable Disbursements: | $35,763.10 | Total Compensable Disbursements: | $35,763.10 |
| Total Non-Compensable Disbursements: | $15,500.00 | Total Non-Compensable Disbursements: | $15,500.00 |
| Total Comp/Non Comp Disbursements: | $51,263.10 | Total Comp/Non Comp Disbursements: | $51,263.10 |
| Total Internal/Transfer Disbursements: | $1,183,784.79 | Total Internal/Transfer Disbursements: | $1,183,784.79 |

/s/ ROSS R. HARTOG

ROSS R. HARTOG

**CLAIM ANALYSIS REPORT**

Page No: 1          Exhibit C

| | |
|---|---|
| **Case No.** 13-16462-LMI | **Trustee Name:** Ross R. Hartog |
| **Case Name:** EDWARD DAVID NIETO DESIGN GROUP, INC | **Date:** 11/30/2017 |
| **Claims Bar Date:** 07/25/2013 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ROSS HARTOG<br><br>Ross Hartog<br>9130 S. Dadeland Boulevard<br>Suite 1800<br>Miami FL 33156 | | Trustee Compensation | Allowed | 2100-000 | $0.00 | $34,077.69 | $34,077.69 | $0.00 | $0.00 | $0.00 | $34,077.69 |

**Claim Notes:**

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ROSS HARTOG<br>Ross Hartog<br>9130 S. Dadeland Boulevard<br>Suite 1800<br>Miami FL 33156 | | Trustee Expenses | Allowed | 2200-000 | $0.00 | $1,008.37 | $1,008.37 | $0.00 | $0.00 | $0.00 | $1,008.37 |

**Claim Notes:**

**CLAIM ANALYSIS REPORT**

Exhibit C

| Case No. | 13-16462-LMI | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | EDWARD DAVID NIETO DESIGN GROUP, INC | Date: | 11/30/2017 |
| Claims Bar Date: | 07/25/2013 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | US BANKRUPTCY COURT<br>C. Clyde Atkins United States Courthouse<br>Attn: Clerk of the Court<br>301 N. Miami Avenue<br>Miami FL 33128 | | Clerk of the Courts Costs (includes | Allowed | 2700-000 | $0.00 | $13,300.00 | $13,300.00 | $0.00 | $0.00 | $0.00 | $13,300.00 |

**CLAIM ANALYSIS REPORT**

Exhibit C

| Case No. | 13-16462-LMI | Trustee Name: | Ross R. Hartog |
| Case Name: | EDWARD DAVID NIETO DESIGN GROUP, INC | Date: | 11/30/2017 |
| Claims Bar Date: | 07/25/2013 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim Notes:**    Filing Fees for:

(1) American Express (Case #15-01180-LMI): $350.00

(2) 4141 Design Group (Case #15-01181-LMI): $350.00

(3) Allstate Ins Co (Case #15-01182-LMI): $350.00

(4) AMGWAGENCY (Case #15-01183-LMI): $350.00

(5) Anima Domus Inc. (Case #15-01184-LMI): $350.00

(6) Atlantic Marine Svc Inc (Case #15-01185-LMI): $350.00

(7) Bank of America, N. A. (Case #15-01186-LMI): $350.00

(8) Bank United, N. A (Case #15-01187-LMI): $350.00

(9) Bloomingdale's, Inc (Case #15-01188-LMI): $350.00

(10) BMW Financial Service (Case #15-01189-LMI): $350.00

(11) Citibank (Case #15-01190-LMI): $350.00

(12) Clima Outdoor (Case #15-01191-LMI): #350.00

(13) Custom Glassworks (Case #15-01192-LMI): $350.00

(14) Dacra Design 4141 LLC (Case# 15-01193-LMI): $350.00

(15) Farrey's Wholesale (Case #15-01194-LMI): $350.00

(16) FDC USA Corp (Case #15-01195-LMI): $350.00

(17) High Tech Designs (case #15-01196-LMI): $350.00

(18) Island Construction Group (Case #15-01197-LMI): $350.00

(19) Ford Motor Credit (Case #15-01198-LMI): $350.00

(20) Lee Holdings Company (Case #15-01199-LMI): $350.00

(21) Maverick Motorcars  (Case #15-01200-LMI): $350.00

(22) MDW Insurance Group (Case #15-01202-LMI): $350.00

(23) Mercedes Benz (Case #15-01203-LMI): $350.00

(24) Multimedia Innovations (Case #15-01204-LMI): $350.00

(25) Wall (Case #15-01205-LMI): $350.00

(26) Nationwide Credit (Case #15-01206-LMI): $350.00

(27) The Neiman Marcus Group (Case #15-01207-LMI): $350.00

(28) Nest Casa (Case #15-01208-LMI): $350.00

(29) Parallele II (Case #15-01209-LMI): $350.00

(30) Perfect Desing Inc (Case #15-01210-LMI): $350.00

(31) Saks Fifth Avenue (Case #15-01211-LMI): $350.00

(32) SunTrust Bank (Case #15-01212-LMI): $350.00

(33) Threadcount (Case #15-01213-LMI): $350.00

(34) Trans Global (Case #15-01214-LMI): $350.00

(35) Y & Y Wood Design (Case #15-01215-LMI): $350.00

**CLAIM ANALYSIS REPORT**

Page No: 4          Exhibit C

| | | |
|---|---|---|
| **Case No.** | 13-16462-LMI | |
| **Case Name:** | EDWARD DAVID NIETO DESIGN GROUP, INC | |
| **Claims Bar Date:** | 07/25/2013 | |

| | |
|---|---|
| **Trustee Name:** | Ross R. Hartog |
| **Date:** | 11/30/2017 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (36) Nieto (Case #15-01216-LMI): $350.00 | | | | | | | | | | | |
| | (37) Bergdorf Goodman (Case #15-01217-LMI): $350.00 | | | | | | | | | | | |
| | (38) HSBC Card Services (Case #15-01219-LMI): $350.00 | | | | | | | | | | | |
| | KAPILAMUKAMAL LLP<br><br>1000 S. Federal Highway, Suite 200<br>Ft. Lauderdale FL 33316 | | Accountant for Trustee Fees (Other | Allowed | 3410-000 | $0.00 | $39,197.60 | $39,197.60 | $23,794.08 | $0.00 | $0.00 | $15,403.52 |
| **Claim Notes:** | 1st IFA [ECF 95]<br>FFA [ECF 148]<br>Notice of Voluntary Fee Reduction [ECF 149] - withdrawn [ECF 161] | | | | | | | | | | | |
| | KAPILAMUKAMAL LLP<br><br>1000 S. Federal Hwy, #200<br>Ft. Lauderdale FL 33316 | | Accountant for Trustee Expenses (Ot | Allowed | 3420-000 | $0.00 | $278.94 | $278.94 | $151.29 | $0.00 | $0.00 | $127.65 |
| **Claim Notes:** | 1st IFA [ECF 95]<br>FFA [ECF 148] | | | | | | | | | | | |
| | JAMES B. MILLER<br><br>19 West Flagler Street, #416<br>Miami FL 33130 | 02/10/2017 | Attorney for Trustee Fees (Other Fi | Allowed | 3210-000 | $0.00 | $319,470.25 | $319,470.25 | $0.00 | $0.00 | $0.00 | $319,470.25 |
| **Claim Notes:** | FFA [ECF 140] | | | | | | | | | | | |
| | JAMES B. MILLER<br><br>19 West Flagler Street, #416<br>Miami FL 33130 | 02/10/2017 | Attorney for Trustee Expenses (Othe | Allowed | 3220-000 | $0.00 | $5,876.79 | $5,876.79 | $0.00 | $0.00 | $0.00 | $5,876.79 |
| **Claim Notes:** | FFA [ECF 140] | | | | | | | | | | | |
| | CAPITAL ONE SERVICES, LLC<br>AKA Capital One Bank NA<br>c/o Abigail Lyle, Esq.<br>Hunton & Williams<br>1445 Ros Avenue, Suite 3700<br>Dallas TX 75202 | 03/22/2017 | Funds Paid to Third Parties | Allowed | 8500-002 | $0.00 | $7,750.00 | $7,750.00 | $7,750.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Reimbursement for Settlement Over-Payment in Connection with Adversary Case #s 15-1211; 15-1207; and 15-1217, per Order dated 3/31/17, 2017 [ECF 144] | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

Exhibit C

| Case No. | 13-16462-LMI | | | | | | Trustee Name: | Ross R. Hartog | | | | |
| Case Name: | EDWARD DAVID NIETO DESIGN GROUP, INC | | | | | | Date: | 11/30/2017 | | | | |
| Claims Bar Date: | 07/25/2013 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SHRED-IT USA 28883 Network Place Chicago IL 60673-1288 | 05/19/2017 | Costs to Secure/Maintain Property ( | Allowed | 2420-000 | $0.00 | $374.00 | $374.00 | $374.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    Destruction of Debtor's Property/Books/Records, per Order dated 4/19/17 [ECF 146]

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1P | INTERNAL REVENUE SERVICE POB 7317 Philadelphia PA 19101-7317 | 04/03/2013 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $31,427.76 | $43,994.64 | $43,994.64 | $0.00 | $0.00 | $0.00 | $43,994.64 |
| 1U | INTERNAL REVENUE SERVICE POB 7317 Philadelphia PA 19101-7317 | 04/03/2013 | Fines, Penalties 726(a)(4) | Allowed | 7300-000 | $0.00 | $3,400.14 | $3,400.14 | $0.00 | $0.00 | $0.00 | $3,400.14 |
| 2 | CITIBANK, N. A. Payment Center 4740  121st Street Urbandale IA 50323 | 07/11/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $463.02 | $722.49 | $722.49 | $0.00 | $0.00 | $0.00 | $722.49 |
| 3 | TD BANK N. A. POB 16029 Lewiston ME 04243-9507 | 07/25/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $270,164.57 | $100,000.00 | $0.00 | $0.00 | $0.00 | $100,000.00 |

**Claim Notes:**    Agreed Order Allowing POC [ECF 156]

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | US BANK NA DBA US BANK EQUIPMENT FI dba US Bank Equip. Finance 1310 Madrid Street Marshall MN 56258 | 08/14/2013 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $10,903.44 | $10,903.44 | $0.00 | $0.00 | $0.00 | $10,903.44 |

CLAIM ANALYSIS REPORT                                                              Page No: 6                    Exhibit C

| Case No. | 13-16462-LMI | | | | | | | Trustee Name: | Ross R. Hartog | | | |
| Case Name: | EDWARD DAVID NIETO DESIGN GROUP, INC | | | | | | | Date: | 11/30/2017 | | | |
| Claims Bar Date: | 07/25/2013 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5P | FLORIDA DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>POB 6668<br>Tallahassee FL 32314-6668 | 09/09/2013 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $171.76 | $171.76 | $0.00 | $0.00 | $0.00 | $171.76 |

**Claim Notes:**

| 5U | FLORIDA DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>POB 6668<br>Tallahassee FL 32314-6668 | 09/09/2013 | Fines, Penalties 726(a)(4) | Allowed | 7300-000 | $0.00 | $300.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 |

**Claim Notes:**

| 6 | DACRA DESIGN 4141 LLC<br>3841 NE 2 Ave, Ste 400<br>Miami FL 33137 | 09/22/2014 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $21,517.35 | $27,945.96 | $27,945.96 | $0.00 | $0.00 | $0.00 | $27,945.96 |

**Claim Notes:**

| | | | | | | $778,936.64 | $608,772.07 | $32,069.37 | $0.00 | $0.00 | $576,702.70 |

**CLAIM ANALYSIS REPORT**

Page No: 7          Exhibit C

| | | |
|---|---|---|
| **Case No.** | 13-16462-LMI | |
| **Case Name:** | EDWARD DAVID NIETO DESIGN GROUP, INC | |
| **Claims Bar Date:** | 07/25/2013 | |

| | |
|---|---|
| **Trustee Name:** | Ross R. Hartog |
| **Date:** | 11/30/2017 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Ot | $278.94 | $278.94 | $151.29 | $0.00 | $0.00 | $127.65 |
| Accountant for Trustee Fees (Other | $39,197.60 | $39,197.60 | $23,794.08 | $0.00 | $0.00 | $15,403.52 |
| Attorney for Trustee Expenses (Othe | $5,876.79 | $5,876.79 | $0.00 | $0.00 | $0.00 | $5,876.79 |
| Attorney for Trustee Fees (Other Fi | $319,470.25 | $319,470.25 | $0.00 | $0.00 | $0.00 | $319,470.25 |
| Claims of Governmental Units - 507( | $44,166.40 | $44,166.40 | $0.00 | $0.00 | $0.00 | $44,166.40 |
| Clerk of the Courts Costs (includes | $13,300.00 | $13,300.00 | $0.00 | $0.00 | $0.00 | $13,300.00 |
| Costs to Secure/Maintain Property ( | $374.00 | $374.00 | $374.00 | $0.00 | $0.00 | $0.00 |
| Fines, Penalties 726(a)(4) | $3,700.14 | $3,700.14 | $0.00 | $0.00 | $0.00 | $3,700.14 |
| Funds Paid to Third Parties | $7,750.00 | $7,750.00 | $7,750.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $270,887.06 | $100,722.49 | $0.00 | $0.00 | $0.00 | $100,722.49 |
| Tardy General Unsecured 726(a)(3) | $38,849.40 | $38,849.40 | $0.00 | $0.00 | $0.00 | $38,849.40 |
| Trustee Compensation | $34,077.69 | $34,077.69 | $0.00 | $0.00 | $0.00 | $34,077.69 |
| Trustee Expenses | $1,008.37 | $1,008.37 | $0.00 | $0.00 | $0.00 | $1,008.37 |

Exhibit D

### TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      1:13-BK-16462-LMI
Case Name:     EDWARD GROUP, INC
Trustee Name:  Ross R. Hartog

Balance on hand:                     $573,040.74

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:            $0.00
Remaining balance:                       $573,040.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Ross Hartog, Trustee Fees | $34,077.69 | $0.00 | $34,077.69 |
| Ross Hartog, Trustee Expenses | $1,008.37 | $0.00 | $1,008.37 |
| James B. Miller, Attorney for Trustee Fees | $319,470.25 | $0.00 | $319,470.25 |
| James B. Miller, Attorney for Trustee Expenses | $5,876.79 | $0.00 | $5,876.79 |
| KapilaMukamal LLP, Accountant for Trustee Fees | $39,197.60 | $23,794.08 | $15,403.52 |
| KapilaMukamal LLP, Accountant for Trustee Expenses | $278.94 | $151.29 | $127.65 |
| US Bankruptcy Court, Clerk of the Court Costs | $13,300.00 | $0.00 | $13,300.00 |

Total to be paid for chapter 7 administrative expenses:      $389,264.27
Remaining balance:                       $183,776.47

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:      $0.00
Remaining balance:                       $183,776.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $44,166.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | $43,994.64 | $0.00 | $43,994.64 |
| 5P | Florida Department Of Revenue | $171.76 | $0.00 | $171.76 |

Total to be paid to priority claims: $44,166.40
Remaining balance: $139,610.07

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $100,722.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Citibank, N. A. | $722.49 | $0.00 | $722.49 |
| 3 | TD Bank N. A. | $100,000.00 | $0.00 | $100,000.00 |

Total to be paid to timely general unsecured claims: $100,722.49
Remaining balance: $38,887.58

Tardily filed claims of general (unsecured) creditors totaling $38,849.40 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 4 | US Bank NA dba US Bank Equipment Fi | $10,903.44 | $0.00 | $10,903.44 |
| 6 | Dacra Design 4141 Llc | $27,945.96 | $0.00 | $27,945.96 |

Total to be paid to tardily filed general unsecured claims: $38,849.40

Remaining balance: $38.18

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $3,700.14 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 1.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1U | Internal Revenue Service | $3,400.14 | $0.00 | $35.08 |
| 5U | Florida Department Of Revenue | $300.00 | $0.00 | $3.10 |

Total to be paid for subordinated claims: $38.18

Remaining balance: $0.00